**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Phillip G. Sapien,  United States Magistrate Judge

Initial Appearance

| Case Number: | MJ 26-2263 JFR | UNITED STATES vs. GUNHAMMER | |
|---|---|---|---|
| Hearing Date: | Tuesday, May 19, 2026 | Time In and Out: | 1:25-1:32 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Remote via Zoom |
| Defendant: | Andrew Fredrick Gunhammer | Defendant's Counsel: | Buck Glanz (for the limited purpose of this proceeding) |
| AUSA: | Amy Mondragon | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

| Initial Appearance | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant would like Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on Thursday, May 21, 2026 | @ 9:30 |

| Preliminary/Show Cause/Identity | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Preliminary Hearing held | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |

| Detention | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

| Custody Status | | |
|---|---|---|
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

| Other | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to       for Final Revocation Hearing |
| ☐ | |