# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 26-MJ-2263 | UNITED STATES vs. GUNHAMMER | |
| Hearing Date: | Thursday, May 21, 2026 | Time In and Out: | 10:13 am – 10:47 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Andrew Gunhammer | Defendant's Counsel: | Melissa Morris |
| AUSA: | Sarah Mease | Pretrial/Probation: | G. Rodriguez |
| Interpreter: | | Witness: | |

### Initial Appearance

| | |
|---|---|
| ☐ | Defendant received a copy of charging document |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☐ | Defendant |

| | | | |
|---|---|---|---|
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Preliminary Hearing | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

### Custody Status

| | | |
|---|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service | Pending placement at the halfway house |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to      for Final Revocation Hearing |
| ☒ | USA-proffers detention; FPD-proffer release; Court-comments/findings; USA-responds; Court-responds/findings |