IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                                                                    No. 26-MJ-2263

ANDREW GUNHAMMER,

      Defendant.

**UNOPPOSED MOTION TO CONTINUE GRAND JURY PRESENTMENT**

COMES NOW Defendant Andrew Gunhammer, by and through his counsel of record, Assistant Federal Public Defender Melissa Ayn Morris, and moves this Court for an Order extending the time within which to present this case to the grand jury and cause an indictment to be filed. The grounds for this continuance are as follows:

1.     The parties are engaged in pre-indictment negotiations at this time. The continuance will allow those negotiations to continue with the possibility of resolving Defendant's case pre-indictment.

2.     The United States has agreed to provide Mr. Gunhammer with pre-indictment discovery. Counsel will require time to review the discovery with Mr. Gunhammer.

3.     The Defendant understands his right to have his case presented to a grand jury within 30 days of his arrest pursuant to 18 U.S.C. § 3161 (b). But he is nonetheless willing to waive that right for 75 more days to pursue pre-trial

negotiations. The Defendant understands that, if the parties cannot reach an agreement, this case will be presented to a grand jury at a later date.

4. Counsel for the government, Assistant United States Attorney Amy Mondragon, does not oppose this motion.

The Defendant hereby requests a continuance of grand jury presentment for a period not to exceed 75 days from the date of the expiration of the initial 30 days. By that, Defendant requests that there be an additional 75-day period of excludable time, for a total of 105 days, for the purposes of determining compliance with the speedy indictment provision of 18 U.S.C. § 3161 (b). It is further requested that an Order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161 (h)(7)(A).

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd NW, Suite 501
Albuquerque, New Mexico 87102
T: (505) 346-2489 | F: (505) 346-2494

***Electronically filed June 4, 2026***
*/s/ Melissa A Morris*
Assistant Federal Public Defender
melissa_morris@fd.org